IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23498 |
|    Craydeen Townsend, Jr. | : | |
|        Debtor(s) | : | |
| | : | Chapter 13 |
| Craydeen Townsend, Jr. | : | |
|     Movant | : | Motion No. ☐ WO-1 |
|    v. | : | Motion No. ☐ WO-2 |
| | : | |
| Giant Eagle, Inc. | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND FORM 12

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 26, 2022.

Giant Eagle
101 Kappa Dr.
Pittsburgh, Pa 15238

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class U.S. Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 26, 2022

/s/ Douglas G. Hipp
Douglas G. Hipp, Esquire
PA ID No. 47766
HIPP/KAISER-HIPP.
1142 Broadview Blvd.
Brackenridge, PA 15014
Twohipp4u@hotmail.com
(412) 478-3603

**PAWB Local Form 7 (07/13)**