**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-23498 |
| Craydeen Townsend, Jr. ) | Chapter 13 |
| Debtors ) | |
| ) | |
| Craydeen Townsend, Jr, ) | |
| Movant ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Esquire ) | |
| (Chapter 13 Trustee), ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING appears thereon. Pursuant to the Notice of Hearing, responses to the DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING were to be filed and served no later than February 15, 2023.

It is hereby respectfully requested at the Order attached to the DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING be entered by the Court.

Dated: February 16, 2023

/s/Douglas G. Hipp
Douglas G. Hipp, Esquire
PA ID No. 47766
HIPP/KAISER-HIPP.
1142 Broadview Blvd.
Brackenridge, PA 15014
Twohipp4u@hotmail.com
(412) 478-3603