Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Craydeen Townsend Jr.** | : | Case No. 20−23498−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | ENTERED BY DEFAULT |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 16th of February, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349.* Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craydeen Townsend, Jr.  
    Debtor

Case No. 20-23498-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 16, 2023      Form ID: 309      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craydeen Townsend, Jr., 344 Glenwood Dr., Ambridge, PA 15003-2144 |
| 15324129 | + | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Feb 17 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326701 | + | EDI: AISACG.COM | Feb 17 2023 04:54:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15324117 | + | EDI: GMACFS.COM | Feb 17 2023 04:54:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15324118 | + | EDI: CITICORP.COM | Feb 17 2023 04:54:00 | Best Buy, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15331471 | | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15324119 | + | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15341751 | | EDI: CITICORP.COM | Feb 17 2023 04:54:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15324120 | + | EDI: WFNNB.COM | Feb 17 2023 04:54:00 | ComenenityCapitalBank/Game, PO Box 182120, Columbus, OH 43218-2120 |
| 15324121 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 16 2023 23:54:00 | Credit Card/FB&T, 1415 Warm Springs Rd., Columbus, GA 31904-8366 |
| 15324122 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 00:04:17 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15324123 | | EDI: DISCOVER.COM | Feb 17 2023 04:54:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15324124 | + | EDI: CITICORP.COM | Feb 17 2023 04:54:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45050 |
| 15327857 | + | EDI: DISCOVER.COM | Feb 17 2023 04:54:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 15343348 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 16 2023 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15324125 | | Email/Text: rj@ffcc.com | Feb 16 2023 23:54:00 | First Fed Credit Control, 2470 Chagrin Blvd., |

Case 20-23498-CMB   Doc 70   Filed 02/18/23   Entered 02/19/23 00:22:43   Desc Imaged
Certificate of Notice   Page 3 of 4

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 3 |
| Date Rcvd: Feb 16, 2023 | | Form ID: 309 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Suite 205, Beachwood, OH 44122 |
| 15331486 | | Email/Text: rj@ffcc.com | Feb 16 2023 23:54:00 | First Federal Credit Control, 24700 Chagrin Blvd Suite 205, Beachwood, OH 44122 |
| 15332333 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 00:04:20 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15324126 | + | EDI: AMINFOFP.COM | Feb 17 2023 04:54:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 15342954 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:04:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15337045 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 00:04:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15324127 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 00:04:16 | Merrick Bk, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15328726 | + | EDI: CBS7AVE | Feb 17 2023 04:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15324128 | + | Email/Text: bnc@nordstrom.com | Feb 16 2023 23:54:15 | NordstromTDbankUSA, 13531 E. Caley Ave., Englewood, CO 80111-6505 |
| 15344186 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 23:54:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15334122 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 23:54:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15338194 | + | EDI: JEFFERSONCAP.COM | Feb 17 2023 04:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15342253 | | EDI: Q3G.COM | Feb 17 2023 04:54:00 | Quantum3 Group LLC as agent for, Mercury Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15342254 | | EDI: Q3G.COM | Feb 17 2023 04:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15324130 | + | Email/Text: servicing@svcfin.com | Feb 16 2023 23:54:00 | Service Finance Co LLC, 555 S. Federla Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15324131 | + | EDI: CBS7AVE | Feb 17 2023 04:54:00 | Swiss Colony, 1515 S. 21st St., Clinton, IA 52732-6676 |
| 15324446 | + | EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15324132 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 00:04:17 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 15343631 | + | Email/Text: servicing@svcfin.com | Feb 16 2023 23:54:00 | Truist Bank, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |
| 15335738 | ^ | MEBN | Feb 16 2023 23:47:19 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15324134 | + | EDI: WFFC2 | Feb 17 2023 04:54:00 | WF Card Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 15324133 | + | EDI: BLUESTEM | Feb 17 2023 04:54:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15326989 | | EDI: WFFC2 | Feb 17 2023 04:54:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

Case 20-23498-CMB    Doc 70    Filed 02/18/23    Entered 02/19/23 00:22:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 309 | Total Noticed: 39 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Quantum3 Group LLC as agent for, Mercury Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas G. Hipp | on behalf of Debtor Craydeen Townsend Jr. twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 6