**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CRAYDEEN TOWNSEND, JR. | Case No.:20-23498 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/23/2020 and confirmed on 01/25/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,121.49 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,116.49 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,060.56 | |
|    Trustee Fee | 1,116.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,177.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 14,340.62 | 0.00 | 14,340.62 |
|     Acct: 5342 | | | | |
|   PNC BANK NA | 0.00 | 2,076.66 | 0.00 | 2,076.66 |
|     Acct: 8348 | | | | |
|   PNC BANK NA | 86.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 8348 | | | | |
|   PNC BANK NA | 33.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 5342 | | | | |
|   WELLS FARGO BANK NA | 744.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 4109 | | | | |
|   ALLY BANK(*) | 0.00 | 11,521.80 | 0.00 | 11,521.80 |
|     Acct: 3730 | | | | |
| | | | | 27,939.08 |
| **Priority** | | | | |
|   DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CRAYDEEN TOWNSEND, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CRAYDEEN TOWNSEND, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HIPP/KAISER-HIPP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOUGLAS G HIPP ESQ** | 1,600.00 | 1,060.56 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CITIBANK NA** | 690.83 | 0.00 | 0.00 | 0.00 |
| Acct: 0874 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 850.41 | 0.00 | 0.00 | 0.00 |
| Acct: 0843 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 699.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6087 | | | | |
| ASPEN FB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5232 | | | | |
| LVNV FUNDING LLC | 784.47 | 0.00 | 0.00 | 0.00 |
| Acct: 4952 | | | | |
| LVNV FUNDING LLC | 1,436.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6011 | | | | |
| DISCOVER BANK(*) | 1,036.67 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6035 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 225.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 716.37 | 0.00 | 0.00 | 0.00 |
| Acct: 5178 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 442.15 | 0.00 | 0.00 | 0.00 |
| Acct: 2503 | | | | |
| MERRICK BANK | 1,360.14 | 0.00 | 0.00 | 0.00 |
| Acct: 3521 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4470 | | | | |
| TRUIST BANK | 7,051.29 | 0.00 | 0.00 | 0.00 |
| Acct: 2032 | | | | |
| MONTGOMERY WARDS** | 243.73 | 0.00 | 0.00 | 0.00 |
| Acct: 8290 | | | | |
| OLLO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5379 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6369 | | | | |
| WELLS FARGO BANK NA | 43.93 | 0.00 | 0.00 | 0.00 |
| Acct: 4109 | | | | |
| FAIR SQUARE FINANCIAL LLC | 1,844.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6562 | | | | |
| UPMC HEALTH SERVICES | 125.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9222 | | | | |
| QUANTUM3 GROUP LLC - AGNT MERCUR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7850 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 50.61 | 0.00 | 0.00 | 0.00 |
| Acct: 9505 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7205 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-23498 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 27,939.08 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 863.66 | |
| UNSECURED | 17.601.64 | |

Date: 03/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com